IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

COUNTY COMMISSIONERS OF THE
COUNTY OF SIERRA, *et al.*,

      Petitioners,

v.                                                   No. CV 21-611 GBW/CG

UNITED STATES DEPARTMENT OF
THE INTERIOR, *et al.*,

      Federal Respondents.

## ORDER EXTENDING FEDERAL RESPONDENTS' TIME TO FILE A RESPONSIVE PLEADING

**THIS MATTER** is before the Court on Federal Respondents' *Unopposed Motion for Extension of Time to Respond to Petitioners' July 1, 2021 Petition for Review of Final Agency Action, ECF No. 1* (the "Motion"), (Doc. 28), filed September 10, 2021. In the Motion, Federal Respondents explain that "undersigned counsel . . . will be unable to properly prepare and file a response to the Petition because of numerous other litigation and personal obligations from August into October, 2021." *Id.* at 1. As such, Federal Respondents request a twenty-eight-day extension of the deadline to answer the Petition to October 15, 2021. *Id*. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Federal Respondents' responsive pleading to the Petition shall be due **October 15, 2021**.

    **IT IS SO ORDERED**.

                                                                THE HONORABLE CARMEN E. GARZA
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE