**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

COUNTY COMMISSIONERS OF THE
COUNTY OF SIERRA, *et al.*,

        Petitioners,

v.                                                                            No. CV 21-611 GBW/CG

UNITED STATES DEPARTMENT OF
THE INTERIOR, *et al.*,

        Federal Respondents.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** is before the Court on counsel for Petitioners' *Motion for Withdrawal as Counsel for Plaintiff* (the "Motion"), (Doc. 31), filed September 21, 2021. In the Motion, counsel asks that the Court permit her to withdraw as counsel for Petitioners and to remove her name from "electronic notification and service lists." *Id.* at 1. Counsel further indicates that "Brandon L. Jensen will substitute as counsel" for Petitioners. *Id.* Local Rule 83.4 permits a member of a firm to withdraw their appearance from a particular case without obtaining consent of the client represented, or meeting any of the other requirements of Local Rule 83.8, provided that at least one member of the firm remains in the case. D.N.M.LR-Civ. 83.4(b). As such, the Court, having reviewed the Motion, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Karen Budd-Falen of the Falen Law Offices, LLC is hereby withdrawn as counsel for Petitioners. Brandon L. Jensen of the Falen Law Offices, LLC will continue to represent Petitioners.

2

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE