Brandon L. Jensen (Federal Bar No. 21-261)
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003
(307) 632-5105 Telephone
brandon@buddfalen.com

David M. Pato (N.M. Bar 15622)
Adren Nance (N.M. Bar 15617)
NANCE, PATO AND STOUT, LLC
Post Office Box 772
Socorro, New Mexico 87801-0772
(575) 838-0911 Telephone
dave@npslawfirm.com
adren@npslawfirm.com

*Attorneys for Petitioners*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| COUNTY COMMISSIONERS OF THE COUNTY OF SIERRA; HILLSBORO PITCHFORK RANCH, LLC; SALOPEK RANCH; WILLIAM R. LINDSEY; and THE HIGH SEVEN RANCH, | ) ) ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | 2:21-cv-00611-GBW-CG |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the Interior; UNITED STATES FISH and WILDLIFE SERVICE, an agency of the Department of the Interior; MARTHA WILLIAMS, in her official capacity as Principal Deputy Director of the United States Fish and Wildlife Service; AMY LUEDERS, in her official capacity as Regional Director, Region 2 of the United States Fish and Wildlife Service; and Brady McGee, in his official capacity as the Mexican Wolf Recovery Coordinator, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) ) ) | |

**MOTION FOR ADMISSION OF KATHERINE E. MERCK *PRO HAC VICE***

COMES NOW Adren Robert Nance of NANCE, PATO & STOUT, LLC, and pursuant to D.N.M.LR-Civ. 83.3(a) hereby moves this Court for admission *pro hac vice* of Katherine E. Merck of Falen Law Offices, LLC as counsel for Plaintiffs in the above-captioned matter.  In support of his Motion, undersigned counsel states to the Court that Katherine E. Merck is a licensed attorney in good standing as demonstrated by her *Notice and Declaration of Good Standing* and certificates of good standing, attached hereto as exhibit A.  Counsel for Federal Respondents has been contacted and does not oppose this motion.

RESPECTFULLY SUBMITTED this 27th day of September 2021.

Adren Robert Nance (N.M. Bar 15617)
David M. Pato (N.M. Bar 15622)
NANCE, PATO AND STOUT, LLC
Post Office Box 772
Socorro, New Mexico 87801-0772
(575) 838-0911 Telephone
dave@npslawfirm.com
adren@npslawfirm.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 27th day of September 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

_Adren R. Nance_