Katherine E. Merck
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003
(307) 632-5105 Telephone
katherine@buddfalen.com

David M. Pato (N.M. Bar 15622)
Adren Nance (N.M. Bar 15617)
NANCE, PATO AND STOUT, LLC
Post Office Box 772
Socorro, New Mexico 87801-0772
(575) 838-0911 Telephone
dave@npslawfirm.com
adren@npslawfirm.com

*Attorneys for Petitioners*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| COUNTY COMMISSIONERS OF THE COUNTY OF SIERRA; HILLSBORO PITCHFORK RANCH, LLC; SALOPEK RANCH; WILLIAM R. LINDSEY; and THE HIGH SEVEN RANCH,<br><br>    Petitioners,<br><br> v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the Interior; UNITED STATES FISH and WILDLIFE SERVICE, an agency of the Department of the Interior; MARTHA WILLIAMS, in her official capacity as Principal Deputy Director of the United States Fish and Wildlife Service; AMY LUEDERS, in her official capacity as Regional Director, Region 2 of the United States Fish and Wildlife Service; and Brady McGee, in his official capacity as the Mexican Wolf Recovery Coordinator,<br><br>    Respondents. | 2:21-cv-00611-GBW-CG |

## NOTICE AND DECLARATION OF GOOD STANDING

COMES NOW, Katherine E. Merck of the Budd-Falen Law Offices, LLC, and pursuant to D.N.M.LR-Civ. 83.3(a), hereby notifies the Court of her status of good standing in all states in which she is licensed to practice.

**DECLARATION:** I Katherine E. Merck of Budd Falen Law Offices, LLC, PO Box 346, Cheyenne, Wyoming, 82003; (307) 632-5105; katherine@buddfalen.com;  am licensed to practice law in the following states:

1. State of Wyoming
   Date of Admission:  September 28, 2018
   Wyoming State Bar Number: 7-6128
   Certificate of good standing attached.

2. State of Montana
   Date of Admission: April 24, 2018
   Montana State Bar Number:  5936714
   Certificate of good standing attached.

3. State of Idaho
   Date of Admission:  November 2, 2018
   Idaho State Bar Number: 10783
   Certificate of good standing attached.

RESPECTFULLY SUBMITTED this 22nd day of September, 2021.

/s/ Katherine E. Merck
Katherine E. Merck
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile
katherine@buddfalen.com

*Attorney for Petitioners*

# CERTIFICATE OF GOOD STANDING

## Katherine Elizabeth Merck

This is to certify that Katherine Elizabeth Merck is an Active Member in good standing of the Idaho State Bar as defined by Idaho Bar Commission Rule (I.B.C.R.) 301(i).

Ms. Merck was admitted to the Idaho State Bar by examination on November 2, 2018 and has been an Active member since admission.

_____         _____
September 2, 2021                              Maureen Ryan Braley, Associate Director
Date

I.B.C.R. 301. Definitions.

\* \* \*

(i) **Good Standing.** The standing of a member of the Bar who is in compliance with the licensing requirements of Rule 302 and whose right to practice law is not currently limited under I.B.C.R. Section V [Rules for Review of Professional Conduct] by order of the Supreme Court.   \* \* \*

To request a discipline report, please contact the Bar Counsel's Office at the address below.

IDAHO STATE BAR
P. O. Box 895
Boise, Idaho 83701
(208) 334-4500
Fax: (208) 334-2764

# Certificate of Membership

I, JILL DIVELEY, OF THE STATE BAR OF MONTANA, DO HEREBY CERTIFY

## Katherine Elizabeth Merck

was admitted to the State Bar of Montana on April 24, 2018, and that her name currently appears on the Roll of Attorneys in this office as an active member in good standing *.

*Dated this 1st day of September 2021*

*This does not represent the records of the Office of Disciplinary Counsel, the agency in charge of discipline. To obtain verification or a statement of discipline please contact their office at P.O. Box 1099, Helena, MT 59624 or (406) 442-1648.

*Jill Diveley*



Mailing Address:
P.O. Box 109
Cheyenne, WY 82003

Physical Address:
4124 Laramie Street
Cheyenne, WY 82001

307.632.9061
wyomingbar.org

August 31, 2021

**Attorney: Ms. Katherine Elizabeth Merck**

Ms. Katherine Elizabeth Merck was admitted to practice by UBE Transfer in Wyoming on September 28, 2018, and is enrolled as attorney number 7-6128.

**Status: New Active**

"Active" means that the attorney is eligible to appear as an attorney in all Wyoming state courts. "Honorable" means that the attorney serves as a judge. "Inactive" means that the attorney has voluntarily chosen inactive status, and is not currently eligible to appear as an attorney in any Wyoming court. "Retired" or "Honorable Retired" mean that the attorney or judge has voluntarily elected permanent inactive status, and is no longer eligible to appear as an attorney in any Wyoming court.

**Standing: Good Standing**

"Good Standing" means that the attorney's license fees are current, mandatory continuing legal education, if required, is current, and the attorney's right to practice is not currently suspended or revoked for cause.

**Discipline: None**

By Wyoming Supreme Court rule, the types of public discipline attorneys may receive include public censure, suspension and disbarment. "None" means that the attorney has never been the subject of public discipline. If the attorney has received some form of public discipline, a copy of the order of public discipline will be provided.

I hereby certify that the preceding information is correct.

*Sharon Wilkinson*
Sharon Wilkinson
Executive Director

RECEIVED
SEP 03 2021