IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

COUNTY COMMISSIONERS OF THE
COUNTY OF SIERRA, *et al.*,

      Petitioners,

v.                                           No. CV 21-611 GBW/CG

UNITED STATES DEPARTMENT OF
THE INTERIOR, *et al.*,

      Federal Respondents.

### ORDER FOR ADMISSION OF KATHERINE E. MERCK *PRO HAC VICE*

**THIS MATTER** is before the Court on the *Motion for Admission of Katherine E. Merck Pro Hac Vice* (the "Motion"), (Doc. 34), by Adren Robert Nance, counsel for Petitioners, filed September 27, 2021. The Court, having reviewed the Motion and noting that it complies with D.N.M.LR-Civ. 83.3 and 83.2, finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Katherine E. Merck is authorized to appear before the Court *pro hac vice* in this matter as counsel for Petitioners.

    **IT IS FURTHER ORDERED** that the Clerk's Office shall enter on the docket the appearance of Katherine E. Merck as counsel for Petitioners.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE