IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

COUNTY COMMISSIONERS OF THE
COUNTY OF SIERRA, *et al.*,

      Petitioners,

v.                                                               No. CV 21-611 GBW/CG

UNITED STATES DEPARTMENT OF
THE INTERIOR, *et al.*,

      Federal Respondents.

## ORDER DELAYING DISCOVERY SCHEDULE

**THIS MATTER** is before the Court upon review of the record. On October 15, 2021, Federal Respondents filed a *Motion to Dismiss and Memorandum in Support*, seeking dismissal of Petitioner's Petition, (Doc. 1), "in its entirety . . . for lack of subject matter jurisdiction and for failure to state a claim[.]" (Doc. 37 at 4).

The Court therefore finds good cause under Federal Rule of Civil Procedure 16 to delay conducting a scheduling conference and entering a scheduling order pending a ruling on the *Motion to Dismiss and Memorandum in Support*, (Doc. 37). Should the parties wish to proceed with discovery in this matter, despite the pending dispositive motion, the parties may request such.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE