IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

COUNTY COMMISSIONERS OF THE
COUNTY OF SIERRA, *et al.*,

        Petitioners,

v.                                                          No. CV 21-611 GBW/CG

UNITED STATES DEPARTMENT OF
THE INTERIOR, *et al.*,

        Federal Respondents.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE AND MOTION HEARING

**THIS MATTER** is before the Court on Petitioners' *Motion to Complete or Supplement the Administrative Record or Complete Discovery* (the "Motion"), (Doc. 48), filed November 19, 2021. **IT IS ORDERED** that Respondents' response shall be due by **December 3, 2021**. Petitioners' reply, if any, shall be due by **December 8, 2021**.

**IT IS FURTHER ORDERED** that a telephonic motion hearing shall be held on **Monday, December 13, 2021, at 10:00 a.m. MST**. The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE