IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

COUNTY COMMISSIONERS OF THE
COUNTY OF SIERRA, *et al.*,

      Petitioners,

v.                                                                      No. CV 21-611 GBW/CG

UNITED STATES DEPARTMENT OF
THE INTERIOR, *et al.*,

      Federal Respondents.

## ORDER RESETTING MOTION HEARING

**THIS MATTER** is before the Court *sua sponte*. **IT IS HEREBY ORDERED** that the telephonic motion hearing set for Monday, December 13, 2021, at 10:00 a.m. MST is **RESET** for **Tuesday, January 11, 2022, at 11:00 a.m. MST**.

The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE