**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

COUNTY COMMISSIONERS OF THE
COUNTY OF SIERRA, *et al.*,

      Petitioners,

v.                                               No. CV 21-611 GBW/CG

UNITED STATES DEPARTMENT OF
THE INTERIOR, *et al.*,

      Federal Respondents.

**<u>ORDER EXTENDING PETITIONERS'
TIME TO FILE A REPLY</u>**

**THIS MATTER** is before the Court upon Petitioners' *Motion for Extension of Time to Respond to Federal Respondents' Opposition to Motion to Supplement or Amend Administrative Record [ECF No. 54]* (the "Motion"), (Doc. 56), filed December 8, 2021. In the Motion, Petitioners ask the Court to extend the deadline to file their reply in support of their *Motion to Complete or Supplement the Administrative Record or Complete Discovery*, (Doc. 48). *See also* (Doc. 49 (expediting briefing and setting the reply deadline for December 8, 2021)). The Motion indicates that Petitioners were unable to ascertain Respondents' position on the Motion, (Doc. 56 at 2), however, upon communication with counsel, the Court has determined that the Motion is unopposed. (Doc. 56 at 2). Thus, the Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

      **IT IS THEREFORE ORDERED** that Petitioners shall file their reply in support of their *Motion to Complete or Supplement the Administrative Record or Complete Discovery*, (Doc. 48), by **December 22, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE