**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

COUNTY COMMISSIONERS OF THE
COUNTY OF SIERRA, *et al.*,

      Petitioners,

v.                                                                    No. CV 21-611 GBW/CG

UNITED STATES DEPARTMENT OF
THE INTERIOR, *et al.*,

      Federal Respondents.

## ORDER VACATING MOTION HEARING

**THIS MATTER** is before the Court *sua sponte*. **IT IS HEREBY ORDERED** that the telephonic motion hearing set for Tuesday, January 11, 2022, at 11:00 a.m. is **VACATED**. The matter will be heard before the presiding judge, United States Magistrate Judge Gregory B. Wormuth, on January 20, 2022, pursuant to Document 62.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE